IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **FISCHER INVESTMENT CAPITAL, INC.,** | ) | |
| Plaintiff | ) | |
| v | ) | |
| **MARK LEWIS,** | ) | CIVIL NO. 1:07 CV 322 |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* (#6) of Theodore F. Kommers of the law firm of Gould & Ratner LLP, 222 North LaSalle Street, Suite 800, Chicago Illinois 60601, as counsel for the plaintiff in this matter filed on October 16, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Theodore F. Kommers is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: October 17, 2007

Dennis L. Howell
United States Magistrate Judge