C-1068697v2 20034.00011
C-1068697v2 20034.00011

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### Civil Action No: 1:07-CV-00322

FISCHER INVESTMENT CAPITAL, INC.,

                        **Plaintiff,**

v.

MARK LEWIS,

                        **Defendant.**

## DEFAULT JUDGMENT AGAINST DEFENDANT, MARK W. LEWIS

It appearing to the Court that a Verified Complaint was filed and Summons issued in this action on the 1st day of November, 2007, and the Summons together with a copy of the Complaint was served on Defendant, Mark W. Lewis, on the 5th of December, 2007, by domiciliary service, in accordance with Rule 4(e)(2) of the Federal Rules of Civil Procedure;

And it further appearing to the Court that no answer or other pleading has been filed and the time prescribed for such filing has expired, that Defendant is neither an infant nor an incompetent person, and that default has been duly entered according to law;

And it further appearing that Plaintiff, Fischer Investment Capital, Inc., is entitled to judgment against Defendant in the amounts prayed for, as evidenced and supported by the Verified Complaint and Affidavits filed in the cause;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Fischer Investment Capital, Inc., have and recover of Defendant, Mark W. Lewis,

in the amount of $665,696.74 plus interest at the legal rate from the date of this Judgment and the costs of this action.

Signed: January 24, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court